NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29636
12-NOV-2013
03:43 PM

NO. 29636

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DONALD J. LANGER and DAVID LANGER, Plaintiffs-Appellants,
v. RONALD RICE, Defendant-Appellee, and
DOE DEFENDANTS 1-20, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-1340)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon consideration of Defendant-Appellee Ronald Rice's Motion for Reconsideration, filed on November 7, 2013, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, November 12, 2013.

On the motion:

David W. Proudfoot
(Belles Graham Proudfoot
 Wilson & Chun, LLP)

    and

James R. McGibbon
(Sutherland Asbill &
 Brennan LLP)
for Defendant Appellee

Chief Judge

Associate Judge

Associate Judge